THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN HEIDGEN, Appellant.

Submitted March 11, 2013; decided August 27, 2013

Motion to require respondent to provide appellant's counsel with a copy of respondent's supplementary appendix granted.